PROB 12C
(7/93)

# United States District Court
## for the
## Northern District of New York
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Scott J. Grants     Case Number: 5:01CR00369-001

Name of Sentencing Judicial Officer:    Honorable Frederick J. Scullin, Jr.
Senior U.S. District Court Judge

Date of Original Sentence:    May 9, 2002
Date of Revocation:    May 4, 2005

Original Offense:    Bank Fraud, 18 U.S.C. § 1344
Revocation Offense:    Incurred New Credit Without Approval of the Probation Officer (6 counts)
New Criminal Conduct: Driving While Ability Impaired,
Failure to Notify the Probation Officer of Contact with Law Enforcement
Association with a Convicted Felon

Original Sentence:    20 months imprisonment, 3 years Supervised Release
Revocation Sentence:    6 months imprisonment, 54 months of supervised release

Type of Supervision:    Supervised Release    Date Supervision Commenced:    11/15/05

Asst. U.S. Attorney:    Edward R. Broton    Defense Attorney: Christopher S. Gaiser

## PETITIONING THE COURT

[ ]    To issue a warrant
[X]    **To issue a summons**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **New Criminal Conduct: You shall not commit another federal, state or local crime.** On November 1, 2009, at approximately 2:55 a.m., the defendant was arrested by the Oswego City Police Department, Oswego, New York for Driving While Intoxicated, Aggravated DWI-Blood Alcohol Content .18% or Higher, (unclassified misdemeanors) and Failure to Use Designated Lane, (traffic infraction).<br>The information is based on written arrest documentation provided by the Oswego City Police Department and New York State Division of Criminal Justice Services records. (Grade C violation) |

Case Number: 5:01CR00369-001

Name of Offender: Scott J. Grants

| | |
|---|---|
| 2 | **Special Condition #4: The defendant shall refrain from the use of alcohol while in treatment and for the remainder of the term of supervision following the completion of treatment.** On November 1, 2009 at approximately 2:46 a.m., subsequent to the defendant being pulled over for a traffic violation, the defendant was administered field sobriety tests which he failed. Grants was then administered a Breathalyzer, which indicated a .19% BAC.<br>The information is based on written arrest documentation provided by the Oswego City Police Department and New York State Division of Criminal Justice Services records. (Grade C violation) |
| 3 | **Special Condition #4: The defendant shall refrain from the use of alcohol while in treatment and for the remainder of the term of supervision following the completion of treatment**: During a conversation on November 2, 2009, the defendant admitted to this officer that he consumed approximately seven alcoholic beverages prior to his arrest for Driving While Intoxicated on November 1, 2009.<br>This information is based on a conversation between Grants and the Probation Officer. (Grade C violation) |

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X] Revoked
[ ] Extended for  year(s), for a total term of  years.

[ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

MATTHEW L. BROWN
Chief U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 12, 2008

Approved by: *[signature]*  by: *[signature]*

LORI ALBRIGHT
Supervising U.S. Probation Officer

MARK A. WALKER
Senior U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] **The Issuance of a Summons**
[ ] Other
[ ] The Issuance of a Warrant. This petition and all documents attached hereto are **SEALED** until such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.

_____
Signature of Judicial Officer

11/16/09
Date